STATE OF MAINE                          SUPERIOR COURT
ANDROSCOGGIN, SS.                       CRIMINAL ACTION
Kennebec                                Docket No.    CR-10-148
                                        REM — KEN - 1/24, 201

STATE OF MAINE

v.                                      ORDER DENYING
                                        MOTION TO QUASH
HEYWOOD L. HINDS,

          Defendant


          Defendant filed a motion in limine dated October 25, 2010, seeking authority to

issue a subpoena requiring Sheepscot Valley Health Center to provide certain records

for the court's *in camera* review.  Subsequent to the filing of the motion, the defendant

issued a subpoena for the production of such documents, which were served upon the

Sheepscot Valley Health Center on November 18, 2010.  The subpoena required the

Sheepscot Valley Health Center to produce records relating to Lorie Hinds for *in camera*

inspection by the court by delivering such documents to the court on or before

November 30, 2010, at 1:00 p.m.

          On December 2, 2010, HealthReach Community Health Centers (HRCHC), which

operates Sheepscot Valley Health Center, filed a motion to quash the subpoena referred

to above.  The court denies the HRCHC motion to quash.

          Preliminarily, the court determines that the records for documentation described

in the defendant's motion in limine may have direct relevance to the pending charges

against the defendant in this matter.  That preliminary conclusion will be confirmed or

revised after an *in camera* inspection by the court.  Accordingly, the HRCHC is hereby

ordered to honor the previously issued subpoena by producing the requested

documents to the court for its *in camera* inspection within twenty days of the date of this

order. Once the court has concluded its *in camera* review of the documents, it will determine what, if any, further dissemination of the records is appropriate, and what restrictions and limitations will apply to any such further dissemination.

DATED: 1/24/11

_____
Robert E. Murray
Justice, Superior Court

STATE OF MAINE

vs

HEYWOOD L HINDS
233 WINTHROP ROAD
WINTHROP ME 04364

DOB: 11/22/1963
Attorney: JAMES FLICK
          LAW OFFICE
          79 MAIN ST
          WINTHROP ME 04364-1439
          APPOINTED 03/02/2010
Attorney: PHILIP COHEN
          BOX I
          WALDOBORO ME 04572
          RETAINED 01/14/2011

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CR-2010-00148

**DOCKET RECORD**

State's Attorney: EVERT FOWLE

Filing Document: CRIMINAL COMPLAINT           Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 02/26/2010

## Charge(s)

1   ARSON                                    02/25/2010 **MOUNT VERNON**
Seq 4539   17-A  802(1)(B)(2)       **Class A**


2   **DOMESTIC VIOLENCE TERRORIZING**        02/24/2010 **MOUNT VERNON**
Seq 11294 17-A  210-B(1)(A)         **Class D**


## Docket Events:

02/26/2010 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 02/26/2010

02/26/2010 Charge(s): 1,2
           HEARING -  INITIAL APPEARANCE SCHEDULE OTHER COURT ON 02/26/2010 @ 1:00

           AUGDC
03/01/2010 Charge(s): 1,2
           HEARING -  INITIAL APPEARANCE HELD ON 02/26/2010

03/01/2010 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE SCHEDULED FOR 04/27/2010 @ 10:00

03/01/2010 Charge(s): 1,2
           PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 02/26/2010

03/01/2010 Charge(s): 1,2
           MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 02/26/2010

03/04/2010 Charge(s): 1,2
           MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/02/2010
           JOHN  NIVISON , JUSTICE
           COPY TO PARTIES/COUNSEL
03/04/2010 Party(s):  HEYWOOD L HINDS

ATTORNEY -   APPOINTED ORDERED ON 03/02/2010

Attorney:  JAMES FLICK
03/04/2010 Charge(s): 1,2
HEARING -  STATUS CONFERENCE NOTICE SENT ON 03/04/2010


03/31/2010 MOTION -   MOTION TO AMEND BAIL FILED BY DEFENDANT ON 03/31/2010


04/06/2010 HEARING -   MOTION TO AMEND BAIL SCHEDULED FOR 04/08/2010 @ 1:00

NOTICE   TO PARTIES/COUNSEL
04/08/2010 HEARING -   MOTION TO AMEND BAIL HELD ON 04/08/2010
NANCY  MILLS , JUSTICE
Reporter: JANETTE COOK
Defendant Present in Court
04/08/2010 MOTION -   MOTION TO AMEND BAIL GRANTED ON 04/08/2010
NANCY  MILLS , JUSTICE
COPY TO PARTIES/COUNSEL                                             AMENDED TO
READ: NO DIRECT CONTACT WITH LORIE HINDS.   PARTIES MAY HAVE INDIRECT CONTACT WITH EACH
OTHER BY MAIL ONLY AND ONLY WITH REGARD TO FINANCIAL ISSUES AND FORECLOSURE ACTION, NOT TO
POSSESS ANY INCENDIARY OBJECTS, NO POSSESSION OF ANY DANGEROUS WEAPONS, INCLUDING BUT NOT
LIMITED TO FIREARMS.
04/28/2010 Charge(s): 1,2
HEARING -  STATUS CONFERENCE HELD ON 04/27/2010
NANCY  MILLS , JUSTICE
Defendant Present in Court
04/28/2010 Charge(s): 1,2
HEARING -  STATUS CONFERENCE SCHEDULED FOR 06/29/2010 @ 10:00


04/28/2010 BAIL BOND - $10,000.00 CASH BAIL BOND SET BY COURT ON 04/28/2010
NANCY  MILLS , JUSTICE
NOT TO USE OR POSSESS DANGEROUS WEAPONS BUT NOT LIMITED TO FIREARMS. NO CONTACT WITH LORIE
HINDS BUT MAY HAVE INDIRECT CONTACT BY MAIL. CURFEW 8PM TO 7AM UNLESS MEDICAL EMERGENCY.
RESIDE AT 60 POPLAR POINT MOUNT VERNON AND NOT TO USE OR POSSESS INCEDIARY DEVICES AND
SUBMIT TO RANDOM SEARCH AND TEST.
05/26/2010 Charge(s): 1,2
HEARING -  STATUS CONFERENCE NOT HELD ON 05/26/2010


05/26/2010 Charge(s): 1,2
SUPPLEMENTAL FILING -   INDICTMENT FILED ON 05/20/2010


05/26/2010 Charge(s): 1,2
HEARING -  ARRAIGNMENT SCHEDULED FOR 06/29/2010 @ 8:30


05/26/2010 Charge(s): 1,2
HEARING -  ARRAIGNMENT NOTICE SENT ON 05/26/2010


05/27/2010 LETTER -   FROM PARTY FILED ON 05/24/2010

LETTER FROM DEFENDANT, COPY SENT TO ATTORNEY MITCH FLICK
06/29/2010 Charge(s): 1,2
HEARING -  ARRAIGNMENT HELD ON 06/29/2010
WILLIAM  BRODRICK , JUSTICE

READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
DEFENDANT.  21 DAYS TO FILE MOTIONS
06/29/2010 Charge(s): 1,2
           PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/29/2010


07/14/2010 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 07/12/2010


07/14/2010 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 09/08/2010 @ 10:15


           NOTICE  TO PARTIES/COUNSEL
07/14/2010 MOTION -  MOTION TO SUPPRESS STATEMENT FILED BY DEFENDANT ON 07/12/2010


07/14/2010 HEARING -  MOTION TO SUPPRESS STATEMENT SCHEDULED FOR 09/08/2010 @ 10:15


           NOTICE  TO PARTIES/COUNSEL
07/15/2010 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 07/15/2010


           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
07/15/2010 HEARING -  OTHER MOTION SCHEDULED FOR 09/08/2010 @ 10:15


           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
08/27/2010 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 08/31/2010 @ 1:00


           NOTICE  TO PARTIES/COUNSEL
09/01/2010 BAIL BOND - $10,000.00 CASH BAIL BOND FILED ON 08/31/2010


           Bail Receipt Type: CR
           Bail Amt:  $10,000
                                    Receipt Type: CK
           Date Bailed: 08/31/2010  Prvdr Name: DONNA  HINDS
                                    Rtrn Name: DONNA  HINDS


09/01/2010 HEARING -  MOTION TO AMEND BAIL HELD ON 08/31/2010


09/08/2010 HEARING -  OTHER MOTION CONTINUED ON 09/08/2010
           NANCY  MILLS , JUSTICE
           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
09/08/2010 HEARING -  OTHER MOTION SCHEDULED FOR 09/09/2010 @ 8:30


           MOTION TO SERVER
09/09/2010 Charge(s): 1,2
           TRIAL -  DOCKET CALL SCHEDULED FOR 11/02/2010 @ 11:00


09/13/2010 HEARING -  OTHER MOTION HELD ON 09/09/2010
           NANCY  MILLS , JUSTICE
           Reporter: TAMMY DROUIN
           Defendant Present in Court


           MOTION TO SERVER
09/13/2010 MOTION -  OTHER MOTION DENIED ON 09/09/2010
           NANCY  MILLS , JUSTICE
           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
09/13/2010 HEARING -  MOTION TO SUPPRESS STATEMENT HELD ON 09/08/2010

NANCY MILLS , JUSTICE
Reporter: TAMMY DROUIN
Defendant Present in Court
09/13/2010 MOTION - MOTION TO SUPPRESS STATEMENT GRANTED ON 09/09/2010
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL                                            BY AGREEMENT,
DEFENDANT'S STATEMENT TO TROOPER BAKER REGARDING HOW THE FIRE STARTED IS SUPPRESSED IN
STATE'S CASE IN CHIEF
09/13/2010 HEARING - MOTION FOR DISCOVERY HELD ON 09/09/2010
NANCY MILLS , JUSTICE
Reporter: TAMMY DROUIN
Defendant Present in Court
09/13/2010 MOTION - MOTION FOR DISCOVERY GRANTED ON 09/09/2010
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL                                            STATE
REPRESENTS THERE ARE NO RECORDINGS. STATE WILL PROVIDE MSP POLICY FOR MAKING SUCH
RECORDINGS.
10/15/2010 Charge(s): 1,2
MOTION - MOTION IN LIMINE FILED BY DEFENDANT ON 10/13/2010

10/25/2010 HEARING - MOTION IN LIMINE SCHEDULED FOR 11/17/2010 @ 8:30

NOTICE TO PARTIES/COUNSEL
10/25/2010 HEARING - MOTION IN LIMINE NOTICE SENT ON 11/01/2010

10/27/2010 MOTION - MOTION IN LIMINE FILED BY DEFENDANT ON 10/26/2010

11/02/2010 Charge(s): 1,2
TRIAL - DOCKET CALL HELD ON 11/02/2010

11/02/2010 TRIAL - JURY TRIAL SCHEDULED FOR 11/05/2010 @ 8:30

NOTICE TO PARTIES/COUNSEL
11/08/2010 TRIAL - JURY TRIAL NOT REACHED ON 11/05/2010

11/08/2010 Charge(s): 1,2
TRIAL - DOCKET CALL SCHEDULED FOR 01/03/2011 @ 11:30

11/15/2010 OTHER FILING - OTHER DOCUMENT FILED ON 11/12/2010

COPY OF RON BOURGET'S FILE, CONFIDENTIAL DOCUMENTS, SENT UP FOR JUSTICE'S REVIEW
11/17/2010 HEARING - MOTION IN LIMINE NOT HELD ON 11/17/2010

11/17/2010 HEARING - MOTION IN LIMINE SCHEDULED FOR 11/30/2010 @ 1:00

NOTICE TO PARTIES/COUNSEL
11/17/2010 HEARING - MOTION IN LIMINE NOTICE SENT ON 11/17/2010

11/18/2010 MOTION - OTHER MOTION FILED BY DEFENDANT ON 11/18/2010

Attorney: JAMES FLICK
MOTION FOR AUTHORIZATION TO ALLOW DEF TO OBTAIN INVESTIGATIVE INFORMATION.
12/08/2010 HEARING - OTHER MOTION SCHEDULED FOR 01/03/2011 @ 11:30

MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
12/30/2010 MOTION -  MOTION TO CONTINUE FILED BY STATE ON 12/30/2010

           DA:  PAUL RUCHA
01/03/2011 MOTION -  MOTION TO CONTINUE GRANTED ON 01/03/2011
           ROBERT E MURRAY JR, JUSTICE
           COPY TO PARTIES/COUNSEL
01/03/2011 Charge(s): 1,2
           TRIAL -  DOCKET CALL HELD ON 01/03/2011
           ROBERT E MURRAY JR, JUSTICE
           Reporter: TAMMY DROUIN
           Defendant Present in Court
01/03/2011 Charge(s): 1,2
           TRIAL -  DOCKET CALL SCHEDULED FOR 03/09/2011

01/14/2011 Party(s):  HEYWOOD L HINDS
           ATTORNEY -  RETAINED ENTERED ON 01/14/2011

           Attorney:  PHILIP COHEN
01/20/2011 Charge(s): 1,2
           MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 01/19/2011

01/25/2011 ORDER -  COURT ORDER FILED ON 01/24/2011
           ROBERT E MURRAY JR, JUSTICE
           ORDER DENYING MOTION TO QUASH, ONCE THE COURT HAS CONCLUDED ITS IN CAMERA REVIEW OF THE
           DOCUMENTS, IT WILL DETERMINE WHAT, IF ANY, FURTHER DISSEMINATIOF THE RECORDS IS
           APPROPRIATE, AND WHAT RESTRICTIONS AND LIMITATIONS WILL APPLY TO ANY SUCH FURTHER
           DISSEMINATION

A TRUE COPY
ATTEST: _____
                  Clerk

STATE OF MAINE                                          SUPERIOR COURT
KENNEBEC, SS.                                           CRIMINAL ACTION
                                                        Docket No.   CR-10-148

STATE OF MAINE

          v.                              ORDER GRANTING MOTION TO
                                          PROVIDE INVESTIGATIVE
HEYWOOD L. HINDS,                                INFORMATION

               Defendant


          Defendant filed his motion dated November 17, 2010, to require the District

Attorney to provide investigative information. Defendant specifically seeks

investigative information in the possession of various criminal justice agencies relating

to incidents involving the named victim in this matter, Lorie Hinds.

          The investigative information in the possession of the District Attorney relating

to incidents involving Ms. Hinds would generally be confidential under 16 M.R.S.A.

§ 614. Defendant's motion and argument to the court contends that there may be

information within the confidential records in the possession of the District Attorney

that relate directly to the defendant's theory of his defense in the pending matter.

Specifically, defendant contends Ms. Hinds had a habit of making complaints and

allegations to criminal justice agencies accusing the defendant. Without addressing, at

this time, the actual relevance or admissibility of any such information which might be

obtained by the defendant on this subject, the court concludes that the specific request

of information in the possession of the District Attorney specifically relating to

allegations made by Ms. Hinds against the defendant to either the Maine State Police,

Kennebec Sheriff Department, or Winthrop Police Department during the twenty-four

month period prior to the alleged incident on February 24, 2010, would be information

that would not unreasonably impact any of the factors set forth in 16 M.R.S.A. § 614(1)(A-K). Therefore, in accordance with 16 M.R.S.A. § 614(3)(C)(2), the court hereby orders the District Attorney to provide the defendant's attorney with a copy of any such investigative information within thirty days of the date of this order. Defendant or his attorney shall be precluded from any further dissemination of such investigative information beyond its actual use in the pending matter.

DATED: 3/22/11

_____
Robert E. Murray
Justice, Superior Court

2

DOB: 11/22/1963

Attorney: PHILIP COHEN
       BOX I
       WALDOBORO ME 04572
       RETAINED 01/14/2011

State's Attorney: EVERT FOWLE

Filing Document: CRIMINAL COMPLAINT

Filing Date: 02/26/2010

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1   **ARSON**                           **02/25/2010 MOUNT VERNON**

**Seq 4539  17-A  802(1)(B)(2)**      **Class A**

2   **DOMESTIC VIOLENCE TERRORIZING**      **02/24/2010 MOUNT VERNON**

**Seq 11294 17-A  210-B(1)(A)**      **Class D**

## Docket Events:

02/26/2010 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 02/26/2010

02/26/2010 Charge(s): 1,2
       HEARING -   INITIAL APPEARANCE SCHEDULE OTHER COURT ON 02/26/2010 @ 1:00

       AUGDC

03/01/2010 Charge(s): 1,2
       HEARING -   INITIAL APPEARANCE HELD ON 02/26/2010

03/01/2010 Charge(s): 1,2
       HEARING -   STATUS CONFERENCE SCHEDULED FOR 04/27/2010 @ 10:00

03/01/2010 Charge(s): 1,2
       PLEA -   NO ANSWER ENTERED BY DEFENDANT ON 02/26/2010

03/01/2010 Charge(s): 1,2
       MOTION -   MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 02/26/2010

03/04/2010 Charge(s): 1,2
       MOTION -   MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/02/2010
       JOHN  NIVISON , JUSTICE
       COPY TO PARTIES/COUNSEL

03/04/2010 Party(s):  HEYWOOD L HINDS
       ATTORNEY -   APPOINTED ORDERED ON 03/02/2010

       Attorney:  JAMES FLICK

03/04/2010 Charge(s): 1,2
       HEARING -   STATUS CONFERENCE NOTICE SENT ON 03/04/2010

03/31/2010 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 03/31/2010

04/06/2010 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 04/08/2010 @ 1:00

        NOTICE  TO PARTIES/COUNSEL
04/08/2010 HEARING -  MOTION TO AMEND BAIL HELD ON 04/08/2010
        NANCY  MILLS , JUSTICE
        Reporter: JANETTE COOK
        Defendant Present in Court
04/08/2010 MOTION -  MOTION TO AMEND BAIL GRANTED ON 04/08/2010
        NANCY  MILLS , JUSTICE
        COPY TO PARTIES/COUNSEL                                     AMENDED TO
        READ: NO DIRECT CONTACT WITH LORIE HINDS.  PARTIES MAY HAVE INDIRECT CONTACT WITH EACH
        OTHER BY MAIL ONLY AND ONLY WITH REGARD TO FINANCIAL ISSUES AND FORECLOSURE ACTION, NOT TO
        POSSESS ANY INCENDIARY OBJECTS, NO POSSESSION OF ANY DANGEROUS WEAPONS, INCLUDING BUT NOT
        LIMITED TO FIREARMS.
04/28/2010 Charge(s): 1,2
        HEARING -  STATUS CONFERENCE HELD ON 04/27/2010
        NANCY  MILLS , JUSTICE
        Defendant Present in Court
04/28/2010 Charge(s): 1,2
        HEARING -  STATUS CONFERENCE SCHEDULED FOR 06/29/2010 @ 10:00

04/28/2010 BAIL BOND -  $10,000.00 CASH BAIL BOND SET BY COURT ON 04/28/2010
        NANCY  MILLS , JUSTICE
        NOT TO USE OR POSSESS DANGEROUS WEAPONS BUT NOT LIMITED TO FIREARMS. NO CONTACT WITH LORIE
        HINDS BUT MAY HAVE INDIRECT CONTACT BY MAIL. CURFEW 8PM TO 7AM UNLESS MEDICAL EMERGENCY.
        RESIDE AT 60 POPLAR POINT MOUNT VERNON AND NOT TO USE OR POSSESS INCEDIARY DEVICES AND
        SUBMIT TO RANDOM SEARCH AND TEST.
05/26/2010 Charge(s): 1,2
        HEARING -  STATUS CONFERENCE NOT HELD ON 05/26/2010

05/26/2010 Charge(s): 1,2
        SUPPLEMENTAL FILING -  INDICTMENT FILED ON 05/20/2010

05/26/2010 Charge(s): 1,2
        HEARING -  ARRAIGNMENT SCHEDULED FOR 06/29/2010 @ 8:30

05/26/2010 Charge(s): 1,2
        HEARING -  ARRAIGNMENT NOTICE SENT ON 05/26/2010

05/27/2010 LETTER -  FROM PARTY FILED ON 05/24/2010

        LETTER FROM DEFENDANT, COPY SENT TO ATTORNEY MITCH FLICK
06/29/2010 Charge(s): 1,2
        HEARING -  ARRAIGNMENT HELD ON 06/29/2010
        WILLIAM  BRODRICK , JUSTICE
        READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
        DEFENDANT.  21 DAYS TO FILE MOTIONS
06/29/2010 Charge(s): 1,2
        PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/29/2010

07/14/2010 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 07/12/2010


07/14/2010 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 09/08/2010 @ 10:15


           NOTICE  TO PARTIES/COUNSEL
07/14/2010 MOTION -  MOTION TO SUPPRESS STATEMENT FILED BY DEFENDANT ON 07/12/2010


07/14/2010 HEARING -  MOTION TO SUPPRESS STATEMENT SCHEDULED FOR 09/08/2010 @ 10:15


           NOTICE  TO PARTIES/COUNSEL
07/15/2010 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 07/15/2010


           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
07/15/2010 HEARING -  OTHER MOTION SCHEDULED FOR 09/08/2010 @ 10:15


           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
08/27/2010 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 08/31/2010 @ 1:00


           NOTICE  TO PARTIES/COUNSEL
09/01/2010 BAIL BOND - $10,000.00 CASH BAIL BOND FILED ON 08/31/2010


           Bail Receipt Type: CR
           Bail Amt:  $10,000
                                      Receipt Type: CK
           Date Bailed: 08/31/2010    Prvdr Name: DONNA  HINDS
                                      Rtrn Name: DONNA  HINDS


09/01/2010 HEARING -  MOTION TO AMEND BAIL HELD ON 08/31/2010


09/08/2010 HEARING -  OTHER MOTION CONTINUED ON 09/08/2010
           NANCY  MILLS , JUSTICE
           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
09/08/2010 HEARING -  OTHER MOTION SCHEDULED FOR 09/09/2010 @ 8:30


           MOTION TO SERVER
09/09/2010 Charge(s): 1,2
           TRIAL -  DOCKET CALL SCHEDULED FOR 11/02/2010 @ 11:00


09/13/2010 HEARING -  OTHER MOTION HELD ON 09/09/2010
           NANCY  MILLS , JUSTICE
           Reporter: TAMMY DROUIN
           Defendant Present in Court


           MOTION TO SERVER
09/13/2010 MOTION -  OTHER MOTION DENIED ON 09/09/2010
           NANCY  MILLS , JUSTICE
           MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
09/13/2010 HEARING -  MOTION TO SUPPRESS STATEMENT HELD ON 09/08/2010
           NANCY  MILLS , JUSTICE
           Reporter: TAMMY DROUIN
           Defendant Present in Court
09/13/2010 MOTION -  MOTION TO SUPPRESS STATEMENT GRANTED ON 09/09/2010
           NANCY  MILLS , JUSTICE

COPY TO PARTIES/COUNSEL                                           BY AGREEMENT,
DEFENDANT'S STATEMENT TO TROOPER BAKER REGARDING HOW THE FIRE STARTED IS SUPPRESSED IN
STATE'S CASE IN CHIEF
09/13/2010 HEARING - MOTION FOR DISCOVERY HELD ON 09/09/2010
           NANCY MILLS , JUSTICE
           Reporter: TAMMY DROUIN
           Defendant Present in Court
09/13/2010 MOTION - MOTION FOR DISCOVERY GRANTED ON 09/09/2010
           NANCY MILLS , JUSTICE
           COPY TO PARTIES/COUNSEL                                          STATE
           REPRESENTS THERE ARE NO RECORDINGS.  STATE WILL PROVIDE MSP POLICY FOR MAKING SUCH
           RECORDINGS.
10/15/2010 Charge(s): 1,2
           MOTION - MOTION IN LIMINE FILED BY DEFENDANT ON 10/13/2010


10/25/2010 HEARING - MOTION IN LIMINE SCHEDULED FOR 11/17/2010 @ 8:30


           NOTICE TO PARTIES/COUNSEL
10/25/2010 HEARING - MOTION IN LIMINE NOTICE SENT ON 11/01/2010


10/27/2010 MOTION - MOTION IN LIMINE FILED BY DEFENDANT ON 10/26/2010


11/02/2010 Charge(s): 1,2
           TRIAL - DOCKET CALL HELD ON 11/02/2010


11/02/2010 TRIAL - JURY TRIAL SCHEDULED FOR 11/05/2010 @ 8:30


           NOTICE TO PARTIES/COUNSEL
11/08/2010 TRIAL - JURY TRIAL NOT REACHED ON 11/05/2010


11/08/2010 Charge(s): 1,2
           TRIAL - DOCKET CALL SCHEDULED FOR 01/03/2011 @ 11:30


11/15/2010 OTHER FILING - OTHER DOCUMENT FILED ON 11/12/2010


           COPY OF RON BOURGET'S FILE, CONFIDENTIAL DOCUMENTS, SENT UP FOR JUSTICE'S REVIEW
11/17/2010 HEARING - MOTION IN LIMINE NOT HELD ON 11/17/2010


11/17/2010 HEARING - MOTION IN LIMINE SCHEDULED FOR 11/30/2010 @ 1:00


           NOTICE TO PARTIES/COUNSEL
11/17/2010 HEARING - MOTION IN LIMINE NOTICE SENT ON 11/17/2010


11/18/2010 MOTION - OTHER MOTION FILED BY DEFENDANT ON 11/18/2010


           Attorney: JAMES FLICK
           MOTION FOR AUTHORIZATION TO ALLOW DEF TO OBTAIN INVESTIGATIVE INFORMATION.
12/08/2010 HEARING - OTHER MOTION SCHEDULED FOR 01/03/2011 @ 11:30


           MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
12/30/2010 MOTION - MOTION TO CONTINUE FILED BY STATE ON 12/30/2010


           DA: PAUL RUCHA

01/03/2011 MOTION -  MOTION TO CONTINUE GRANTED ON 01/03/2011
           ROBERT E MURRAY JR, JUSTICE
           COPY TO PARTIES/COUNSEL
01/03/2011 Charge(s): 1,2
           TRIAL -  DOCKET CALL HELD ON 01/03/2011
           ROBERT E MURRAY JR, JUSTICE
           Reporter: TAMMY DROUIN
           Defendant Present in Court
01/03/2011 Charge(s): 1,2
           TRIAL -  DOCKET CALL SCHEDULED FOR 03/09/2011 @ 10:15


01/14/2011 Party(s): HEYWOOD L HINDS
           ATTORNEY -  RETAINED ENTERED ON 01/14/2011


           Attorney: PHILIP COHEN
01/20/2011 Charge(s): 1,2
           MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 01/19/2011


01/25/2011 ORDER -  COURT ORDER FILED ON 01/24/2011
           ROBERT E MURRAY JR, JUSTICE
           ORDER DENYING MOTION TO QUASH, ONCE THE COURT HAS CONCLUDED ITS IN CAMERA REVIEW OF THE
           DOCUMENTS, IT WILL DETERMINE WHAT, IF ANY, FURTHER DISSEMINATIOF THE RECORDS IS
           APPROPRIATE, AND WHAT RESTRICTIONS AND LIMITATIONS WILL APPLY TO ANY SUCH FURTHER
           DISSEMINATION
01/27/2011 Charge(s): 1,2
           MOTION -  MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 01/20/2011
           ROBERT E MURRAY JR, JUSTICE
           COPY TO PARTIES/COUNSEL
01/27/2011 Party(s): HEYWOOD L HINDS
           ATTORNEY -  WITHDRAWN ORDERED ON 01/20/2011


           Attorney: JAMES FLICK
01/27/2011 HEARING -  OTHER MOTION NOT HELD ON 01/03/2011

           MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
01/27/2011 HEARING -  OTHER MOTION SCHEDULED FOR 03/09/2011 @ 10:15

           MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
02/04/2011 OTHER FILING -  OTHER DOCUMENT FILED ON 02/04/2011

           MEDICAL RECORDS RELATING TO LORIE HINDS
02/18/2011 ORDER -  COURT ORDER FILED ON 02/18/2011
           ROBERT E MURRAY JR, JUSTICE
           ORDER ON DISCLOSURE OF MEDICAL RECORDS
03/09/2011 MOTION -  MOTION TO CONTINUE FILED BY STATE ON 03/09/2011


           DA: PAUL RUCHA
03/22/2011 Charge(s): 1,2
           TRIAL -  DOCKET CALL HELD ON 03/09/2011
           ROBERT E MURRAY JR, JUSTICE
           Defendant Present in Court
03/22/2011 Charge(s): 1,2
           TRIAL -  DOCKET CALL SCHEDULED FOR 06/07/2011

Printed on: 03/22/2011

03/22/2011 MOTION - MOTION TO CONTINUE GRANTED ON 03/09/2011
          ROBERT E MURRAY JR, JUSTICE
          COPY TO PARTIES/COUNSEL
03/22/2011 HEARING - OTHER MOTION HELD ON 03/09/2011
          ROBERT E MURRAY JR, JUSTICE
          Defendant Present in Court

          MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
03/22/2011 MOTION - OTHER MOTION GRANTED ON 03/22/2011
          ROBERT E MURRAY JR, JUSTICE
          MOTION FOR AUTHORIZATION TO ALLOW DEF TO OBTAIN INVESTIGATIVE INFORMATION.
03/22/2011 HEARING - MOTION IN LIMINE HELD ON 11/30/2010
          ROBERT E MURRAY JR, JUSTICE
          Defendant Present in Court

A TRUE COPY
ATTEST: _____
                    Clerk

STATE OF MAINE
KENNEBEC, SS.

SUPERIOR COURT
CRIMINAL ACTION
Docket No.   CR-10-148

STATE OF MAINE

v.                                                          **ORDER**

HEYWOOD L. HINDS,

        Defendant


        Defendant had previously filed a motion in limine with the court relating to the production of documents by Ronald Bourget, attorney for Lorie Hinds, and a separate subpoena issued to Health Reach Community Health Centers, d/b/a Sheepscot Valley Health Center, for the production of documents from that entity.  The court initially ordered those third-parties to produce documents for the court's *in camera* review.  After some initial objection by the third-parties, the third-parties did produce such information and the court has completed its *in camera* review of the documents produced by both of those third-parties.

        The court hereby authorizes counsel for the State and counsel for the defendant in this matter to review all of the documents provided by Attorney Ronald Bourget in response to the document request, and the documents the court has tabbed, which were provided by Health Reach Community Health Centers.  At the request of either counsel for the State or counsel for defendant, the clerk will make available to each a copy of the material which the court has authorized each party to review.  No additional copies of any such documents will be made by either party, and the review of any such documents shall be limited to the parties themselves, or any witness called upon to

testify as to any such document. At the conclusion of these proceedings, the copy of the documents provided to each counsel shall be returned to the clerk.

DATED: 3/22/11

_____
Robert E. Murray
Justice, Superior Court

2

STATE OF MAINE
  vs
HEYWOOD L HINDS
233 WINTHROP ROAD
WINTHROP ME 04364

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2010-00148

**DOCKET RECORD**

DOB: 11/22/1963
Attorney: PHILIP COHEN
      BOX I
      WALDOBORO ME 04572
      RETAINED 01/14/2011

State's Attorney: EVERT FOWLE

Filing Document: CRIMINAL COMPLAINT
Filing Date: 02/26/2010

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1  **ARSON**                       **02/25/2010 MOUNT VERNON**
**Seq 4539  17-A  802(1)(B)(2)**     **Class A**

2  **DOMESTIC VIOLENCE TERRORIZING**     **02/24/2010 MOUNT VERNON**
**Seq 11294 17-A  210-B(1)(A)**     **Class D**

## Docket Events:

02/26/2010 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 02/26/2010

02/26/2010 Charge(s): 1,2
      HEARING -  INITIAL APPEARANCE SCHEDULE OTHER COURT ON 02/26/2010 @ 1:00

      AUGDC
03/01/2010 Charge(s): 1,2
      HEARING -  INITIAL APPEARANCE HELD ON 02/26/2010

03/01/2010 Charge(s): 1,2
      HEARING -  STATUS CONFERENCE SCHEDULED FOR 04/27/2010 @ 10:00

03/01/2010 Charge(s): 1,2
      PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 02/26/2010

03/01/2010 Charge(s): 1,2
      MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 02/26/2010

03/04/2010 Charge(s): 1,2
      MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/02/2010
      JOHN  NIVISON , JUSTICE
      COPY TO PARTIES/COUNSEL
03/04/2010 Party(s): HEYWOOD L HINDS
      ATTORNEY -  APPOINTED ORDERED ON 03/02/2010

      Attorney: JAMES FLICK
03/04/2010 Charge(s): 1,2
      HEARING -  STATUS CONFERENCE NOTICE SENT ON 03/04/2010

03/31/2010 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 03/31/2010


04/06/2010 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 04/08/2010 @ 1:00

           NOTICE  TO PARTIES/COUNSEL
04/08/2010 HEARING -  MOTION TO AMEND BAIL HELD ON 04/08/2010
           NANCY  MILLS , JUSTICE
           Reporter: JANETTE COOK
           Defendant Present in Court
04/08/2010 MOTION -  MOTION TO AMEND BAIL GRANTED ON 04/08/2010
           NANCY  MILLS , JUSTICE
           COPY TO PARTIES/COUNSEL                                          AMENDED TO
           READ: NO DIRECT CONTACT WITH LORIE HINDS.  PARTIES MAY HAVE INDIRECT CONTACT WITH EACH
           OTHER BY MAIL ONLY AND ONLY WITH REGARD TO FINANCIAL ISSUES AND FORECLOSURE ACTION, NOT TO
           POSSESS ANY INCENDIARY OBJECTS, NO POSSESSION OF ANY DANGEROUS WEAPONS, INCLUDING BUT NOT
           LIMITED TO FIREARMS.
04/28/2010 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE HELD ON 04/27/2010
           NANCY  MILLS , JUSTICE
           Defendant Present in Court
04/28/2010 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE SCHEDULED FOR 06/29/2010 @ 10:00


04/28/2010 BAIL BOND - $10,000.00 CASH BAIL BOND SET BY COURT ON 04/28/2010
           NANCY  MILLS , JUSTICE
           NOT TO USE OR POSSESS DANGEROUS WEAPONS BUT NOT LIMITED TO FIREARMS. NO CONTACT WITH LORIE
           HINDS BUT MAY HAVE INDIRECT CONTACT BY MAIL. CURFEW 8PM TO 7AM UNLESS MEDICAL EMERGENCY.
           RESIDE AT 60 POPLAR POINT MOUNT VERNON AND NOT TO USE OR POSSESS INCEDIARY DEVICES AND
           SUBMIT TO RANDOM SEARCH AND TEST.
05/26/2010 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE NOT HELD ON 05/26/2010


05/26/2010 Charge(s): 1,2
           SUPPLEMENTAL FILING -  INDICTMENT FILED ON 05/20/2010


05/26/2010 Charge(s): 1,2
           HEARING -  ARRAIGNMENT SCHEDULED FOR 06/29/2010 @ 8:30


05/26/2010 Charge(s): 1,2
           HEARING -  ARRAIGNMENT NOTICE SENT ON 05/26/2010


05/27/2010 LETTER -  FROM PARTY FILED ON 05/24/2010

           LETTER FROM DEFENDANT, COPY SENT TO ATTORNEY MITCH FLICK
06/29/2010 Charge(s): 1,2
           HEARING -  ARRAIGNMENT HELD ON 06/29/2010
           WILLIAM  BRODRICK , JUSTICE
           READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
           DEFENDANT.  21 DAYS TO FILE MOTIONS
06/29/2010 Charge(s): 1,2
           PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/29/2010

07/14/2010 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 07/12/2010


07/14/2010 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 09/08/2010 @ 10:15

          NOTICE  TO PARTIES/COUNSEL
07/14/2010 MOTION -  MOTION TO SUPPRESS STATEMENT FILED BY DEFENDANT ON 07/12/2010


07/14/2010 HEARING -  MOTION TO SUPPRESS STATEMENT SCHEDULED FOR 09/08/2010 @ 10:15

          NOTICE  TO PARTIES/COUNSEL
07/15/2010 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 07/15/2010


          MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
07/15/2010 HEARING -  OTHER MOTION SCHEDULED FOR 09/08/2010 @ 10:15


          MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
08/27/2010 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 08/31/2010 @ 1:00

          NOTICE  TO PARTIES/COUNSEL
09/01/2010 BAIL BOND - $10,000.00 CASH BAIL BOND FILED ON 08/31/2010


          Bail Receipt Type: CR
          Bail Amt:  $10,000
                                   Receipt Type: CK
          Date Bailed: 08/31/2010   Prvdr Name: DONNA  HINDS
                                   Rtrn Name: DONNA  HINDS


09/01/2010 HEARING -  MOTION TO AMEND BAIL HELD ON 08/31/2010


09/08/2010 HEARING -  OTHER MOTION CONTINUED ON 09/08/2010
          NANCY  MILLS , JUSTICE
          MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
09/08/2010 HEARING -  OTHER MOTION SCHEDULED FOR 09/09/2010 @ 8:30


          MOTION TO SERVER
09/09/2010 Charge(s): 1,2
          TRIAL -  DOCKET CALL SCHEDULED FOR 11/02/2010 @ 11:00


09/13/2010 HEARING -  OTHER MOTION HELD ON 09/09/2010
          NANCY  MILLS , JUSTICE
          Reporter: TAMMY DROUIN
          Defendant Present in Court


          MOTION TO SERVER
09/13/2010 MOTION -  OTHER MOTION DENIED ON 09/09/2010
          NANCY  MILLS , JUSTICE
          MOTION TO SEVER AND FOR RELIEF FROM PREJUDICIAL JOINDER
09/13/2010 HEARING -  MOTION TO SUPPRESS STATEMENT HELD ON 09/08/2010
          NANCY  MILLS , JUSTICE
          Reporter: TAMMY DROUIN
          Defendant Present in Court
09/13/2010 MOTION -  MOTION TO SUPPRESS STATEMENT GRANTED ON 09/09/2010
          NANCY  MILLS , JUSTICE

COPY TO PARTIES/COUNSEL                                              BY AGREEMENT,
DEFENDANT'S STATEMENT TO TROOPER BAKER REGARDING HOW THE FIRE STARTED IS SUPPRESSED IN
STATE'S CASE IN CHIEF
09/13/2010 HEARING - MOTION FOR DISCOVERY HELD ON 09/09/2010
         NANCY MILLS , JUSTICE
         Reporter: TAMMY DROUIN
         Defendant Present in Court
09/13/2010 MOTION - MOTION FOR DISCOVERY GRANTED ON 09/09/2010
         NANCY MILLS , JUSTICE
         COPY TO PARTIES/COUNSEL                                              STATE
         REPRESENTS THERE ARE NO RECORDINGS.  STATE WILL PROVIDE MSP POLICY FOR MAKING SUCH
         RECORDINGS.
10/15/2010 Charge(s): 1,2
         MOTION - MOTION IN LIMINE FILED BY DEFENDANT ON 10/13/2010


10/25/2010 HEARING - MOTION IN LIMINE SCHEDULED FOR 11/17/2010 @ 8:30

         NOTICE TO PARTIES/COUNSEL
10/25/2010 HEARING - MOTION IN LIMINE NOTICE SENT ON 11/01/2010


10/27/2010 MOTION - MOTION IN LIMINE FILED BY DEFENDANT ON 10/26/2010


11/02/2010 Charge(s): 1,2
         TRIAL - DOCKET CALL HELD ON 11/02/2010


11/02/2010 TRIAL - JURY TRIAL SCHEDULED FOR 11/05/2010 @ 8:30

         NOTICE TO PARTIES/COUNSEL
11/08/2010 TRIAL - JURY TRIAL NOT REACHED ON 11/05/2010


11/08/2010 Charge(s): 1,2
         TRIAL - DOCKET CALL SCHEDULED FOR 01/03/2011 @ 11:30


11/15/2010 OTHER FILING - OTHER DOCUMENT FILED ON 11/12/2010


         COPY OF RON BOURGET'S FILE, CONFIDENTIAL DOCUMENTS, SENT UP FOR JUSTICE'S REVIEW
11/17/2010 HEARING - MOTION IN LIMINE NOT HELD ON 11/17/2010


11/17/2010 HEARING - MOTION IN LIMINE SCHEDULED FOR 11/30/2010 @ 1:00

         NOTICE TO PARTIES/COUNSEL
11/17/2010 HEARING - MOTION IN LIMINE NOTICE SENT ON 11/17/2010


11/18/2010 MOTION - OTHER MOTION FILED BY DEFENDANT ON 11/18/2010

         Attorney: JAMES FLICK
         MOTION FOR AUTHORIZATION TO ALLOW DEF TO OBTAIN INVESTIGATIVE INFORMATION.
12/08/2010 HEARING - OTHER MOTION SCHEDULED FOR 01/03/2011 @ 11:30


         MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
12/30/2010 MOTION - MOTION TO CONTINUE FILED BY STATE ON 12/30/2010

         DA: PAUL RUCHA

01/03/2011 MOTION - MOTION TO CONTINUE GRANTED ON 01/03/2011
          ROBERT E MURRAY JR, JUSTICE
          COPY TO PARTIES/COUNSEL
01/03/2011 Charge(s): 1,2
          TRIAL - DOCKET CALL HELD ON 01/03/2011
          ROBERT E MURRAY JR, JUSTICE
          Reporter: TAMMY DROUIN
          Defendant Present in Court
01/03/2011 Charge(s): 1,2
          TRIAL - DOCKET CALL SCHEDULED FOR 03/09/2011 @ 10:15


01/14/2011 Party(s): HEYWOOD L HINDS
          ATTORNEY - RETAINED ENTERED ON 01/14/2011

          Attorney: PHILIP COHEN
01/20/2011 Charge(s): 1,2
          MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 01/19/2011


01/25/2011 ORDER - COURT ORDER FILED ON 01/24/2011
          ROBERT E MURRAY JR, JUSTICE
          ORDER DENYING MOTION TO QUASH, ONCE THE COURT HAS CONCLUDED ITS IN CAMERA REVIEW OF THE
          DOCUMENTS, IT WILL DETERMINE WHAT, IF ANY, FURTHER DISSEMINATIOF THE RECORDS IS
          APPROPRIATE, AND WHAT RESTRICTIONS AND LIMITATIONS WILL APPLY TO ANY SUCH FURTHER
          DISSEMINATION
01/27/2011 Charge(s): 1,2
          MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 01/20/2011
          ROBERT E MURRAY JR, JUSTICE
          COPY TO PARTIES/COUNSEL
01/27/2011 Party(s): HEYWOOD L HINDS
          ATTORNEY - WITHDRAWN ORDERED ON 01/20/2011

          Attorney: JAMES FLICK
01/27/2011 HEARING - OTHER MOTION NOT HELD ON 01/03/2011

          MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
01/27/2011 HEARING - OTHER MOTION SCHEDULED FOR 03/09/2011 @ 10:15

          MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
02/04/2011 OTHER FILING - OTHER DOCUMENT FILED ON 02/04/2011

          MEDICAL RECORDS RELATING TO LORIE HINDS
02/18/2011 ORDER - COURT ORDER FILED ON 02/18/2011
          ROBERT E MURRAY JR, JUSTICE
          ORDER ON DISCLOSURE OF MEDICAL RECORDS
03/09/2011 MOTION - MOTION TO CONTINUE FILED BY STATE ON 03/09/2011

          DA: PAUL RUCHA
03/22/2011 Charge(s): 1,2
          TRIAL - DOCKET CALL HELD ON 03/09/2011
          ROBERT E MURRAY JR, JUSTICE
          Defendant Present in Court
03/22/2011 Charge(s): 1,2
          TRIAL - DOCKET CALL SCHEDULED FOR 06/07/2011

Printed on: 03/22/2011

03/22/2011 MOTION -  MOTION TO CONTINUE GRANTED ON 03/09/2011
         ROBERT E MURRAY JR, JUSTICE
         COPY TO PARTIES/COUNSEL
03/22/2011 HEARING -  OTHER MOTION HELD ON 03/09/2011
         ROBERT E MURRAY JR, JUSTICE
         Defendant Present in Court


         MOTION FOR AUTHORIZATION TO ALLOW DEFENDANT TO OBTAIN INVESTIGATIVE INFORMATION
03/22/2011 MOTION -  OTHER MOTION GRANTED ON 03/22/2011
         ROBERT E MURRAY JR, JUSTICE
         MOTION FOR AUTHORIZATION TO ALLOW DEF TO OBTAIN INVESTIGATIVE INFORMATION.
03/22/2011 HEARING -  MOTION IN LIMINE HELD ON 11/30/2010
         ROBERT E MURRAY JR, JUSTICE
         Defendant Present in Court
03/22/2011 Charge(s): 1,2
         ORDER -  COURT ORDER FILED ON 03/22/2011
         ROBERT E MURRAY JR, JUSTICE
03/22/2011 Charge(s): 1,2
         ORDER -  COURT ORDER ENTERED ON 03/22/2011
         ROBERT E MURRAY JR, JUSTICE
         THE COURT HEREBY AUTHORIZES COUNSEL FOR THE STATE AND COUNSEL FOR THE DEFENDANT IN THIS
         MATTER TO REVIEW ALL OF THE DOCUMENTS PROVIDED BY ATTORNEY RONALD BOURGET IN RESPONSE TO
         THE DOCUMENT REQUEST, AND THE DOCUMENTS THE COURT HAS TABBED, WHICH WERE PROVIDED BY
         HEALTH REACH COMMUNITY HEALTH CENTERS. AT THE REQUEST OF EITHER COUNSEL FOR THE STATE OR
         COUNSEL FOR DEFENDANT, THE CLERK WILL MAKE AVAILABLE TO EACH A COPY OF THE MATERIAL WHICH
         THE COURT HAS AUTHORIZED EACH PARTY TO REVIEW.

A TRUE COPY
ATTEST: _____
                    Clerk